MEMORANDUM OPINION








 

 

 

 

 

 

 

MEMORANDUM OPINION

 

 

No. 04-09-00003-CV

 

Jim GEORGOULAKIS
and Melissa Georgoulakis,

Appellants

 

v.

 

Eddie J. MUHLENBERG
and the Housing Consultants, Inc.,

Appellees

 

 

From the 166th Judicial
District Court, Bexar County, Texas

Trial Court No. 2006-CI-13829

Honorable Gloria
Saldana, Judge Presiding

 

PER CURIAM 

 

Sitting:            Rebecca
Simmons, Justice

                        Steven
C. Hilbig, Justice

                        Marialyn
Barnard, Justice

 

Delivered and
Filed:   June 17, 2009

 

VACATED AND
REMANDED

 

The
parties have filed a joint motion, stating that they have fully resolved and
settled all issues in dispute.  They request that the trial court’s judgment be
VACATED, and that the cause be REMANDED for the entry of a judgment in
conformity with their settlement agreement.  

            The
motion is granted.  The judgment of the trial court is vacated, and the cause
is remanded for the entry of a judgment in conformity with the settlement
agreement.  The clerk of this court is directed to issue the mandate in this
appeal contemporaneously with the issuance of the court’s opinion and judgment.

PER
CURIAM